153 So.2d 881

Alexander G. PORCHE

v.

STONE AND WEBSTER ENGINEERING COMPANY and Royal Indemnity Company.

No. 46789.

June 14, 1963.

In re: Alexander G. Porche applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 152 So.2d 379.

The application is denied. On the facts found by the Court of Appeal we find no error of law in its judgment.

153 So.2d 881

James COVINGTON

v.

LOFFLAND BROTHERS COMPANY and The Travelers Insurance Company.

No. 46790.

June 14, 1963.

In re: James Covington applying for certiorari or writ of review to the Court of

Appeal, Third Circuit, Parish of Acadia. 152 So.2d 108.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.